Maria E. Quiroga
Nevada State Bar Number: 13939
7935 W. Sahara Ave.
Suite #103
Las Vegas, NV 89117
(702) 972-8348
Maria@QuirogaLawOffice.com
*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SERGIO MEDINA MENDOZA JUNIOR and LORENA MENDOZA,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>LOREN K. MILLER, ALEJANDRO MAYORKAS, UR MENDOZA JADDOU, ANTONY J. BLINKEN, PHILLIP SLATTERY, and RICHARD C. VISEK,<br><br>　　　　　　Defendants. | CASE NO. 2:23-CV-00645-GMN-NJK<br><br>**JOINT STIPULATION FOR DISMISSAL OF CASE WITHOUT PREJUDICE**<br><br>NOTED WITHOUT ORAL ARGUMENT |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiffs Sergio Medina Mendoza Junior and Lorena Mendoza, by and through their attorney, and the attorney for the Defendants, respectfully submit this Joint Stipulation for Dismissal of Case Without Prejudice.

At this time Defendants have adjudicated and approved what was requested in Plaintiffs' Complaint. The parties therefore agree that this Complaint is now moot and move to dismiss the case without prejudice. The parties further agree that upon dismissal each party is to bear its own

fees and costs for litigation on this case.

    Respectfully submitted on this 17th day of January 2024.

s/*Maria Quiroga*  
Maria E. Quiroga  
Nevada State Bar Number: 13939  
*Attorney for Plaintiffs*

s/Richard T. Colonna  
Richard T. Colonna  
Assistant United States Attorney  
*Attorney for the United States*

The Clerk of Court is kindly directed to close the case.

IT IS SO ORDERED:

_____  
GLORIA M. NAVARRO  
UNITED STATES DISTRICT JUDGE  
DATE: January 17, 2025.